**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 02-1898**

---

GEORGE D. TOPLANCHIK,

Plaintiff - Appellant,

versus

DEFENSE FINANCE AND ACCOUNTING SERVICE,

Defendant - Appellee,

and

CHARLES A. WILSON,

Defendant.

---

**No. 02-1899**

---

GEORGE D. TOPLANCHIK,

Plaintiff - Appellant,

versus

DEFENSE FINANCE AND ACCOUNTING SERVICE,

Defendant - Appellee,

and

CHARLES A. WILSON,

Defendant.

_____

Appeals from the United States District Court for the District of Maryland, at Baltimore. Marvin J. Garbis, District Judge. (CA-01-2881-MJG)

_____

Submitted: October 10, 2002          Decided: October 16, 2002

_____

Before WILLIAMS, KING, and GREGORY, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

George D. Toplanchik, Appellant Pro Se. Larry David Adams, Assistant United States Attorney, Baltimore, Maryland, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

In these consolidated appeals, George D. Toplanchik appeals the district court's order granting summary judgment to the Defendants on his civil action seeking declaratory and injunctive relief.  We have reviewed the record and find no reversible error.  Accordingly, we affirm on the reasoning of the district court.  See Toplanchik v. Def. Fin. & Accounting Serv., No. CA-01-2881-MJG (D. Md. July 31, 2002).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED